IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID DEBOARD, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 1:22-cv-02210-SEB-TAB |
| | § | |
| v. | § | |
| | § | **JURY DEMANDED** |
| ALPINE STUDIOS INDY, LLC, and | § | |
| JACKSON'S REALTY & BUILDERS | § | |
| COMPANY, INC., and AP ALPINE, | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

By agreement of all parties, Plaintiff David DeBoard, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby files this Stipulation of Dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 19, 2023.

                Respectfully Submitted,

                CALHOUN &ASSOCIATES

                */s/ Eric G. Calhoun*
                Eric G. Calhoun
                1595 N. Central Expressway
                Richardson, Texas 75080
                (214) 766-8100
                (214) 308-1947 Fax
                eric@ecalhounlaw.com
                egcla@ecalhounlaw.com (Assistant)

Syed Ali Saeed
SAEED & LITTLE, LLP
1433 North Meridian Street, Suite 202
Indianapolis, Indiana 46202
Telephone: (317) 614-5741
Facsimile: (888) 422-3151
ali@sllawfirm.com

ATTORNEYS FOR PLAINTIFF

**AMUNDSEN DAVIS LLC**

*/s/ Patrick F. Mastrian III*
Patrick F. Mastrian III
Debra A. Mastrian
201 N. Illinois Street, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 464-4100
pmastrian@amundsendavislaw.com
dmastrian@amundsendavislaw.com

ATTORNEYS FOR DEFENDANTS ALPINE STUDIOS INDY, LLC AND JACKSON'S REALTY & BUILDERS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2023, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Patrick F. Mastrian III<br>Debra A. Mastrian<br>R. Daniel Faust<br>AMUNDSEN DAVIS LLC<br>201 N. Illinois Street, Suite 1400<br>Indianapolis, Indiana 46204<br>pmastrian@amundsendavislaw.com<br>dmastrian@amundsendavislaw.com<br>dfaust@amundsendavislaw.com | *Counsel for Defendants Alpine Studios Indy, LLC, Jackson's Realty & Builders, Inc. and AP Alpine, LLC* |
| Syed Ali Saeed<br>SAEED & LITTLE, LLP<br>1433 North Meridian Street, Suite 202<br>Indianapolis, Indiana 46202<br>ali@sllawfirm.com | *Counsel for Plaintiff David DeBoard* |

*/s/ Eric G. Calhoun*
Eric G. Calhoun