IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID DEBOARD, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 1:22-cv-02210-SEB-TAB |
| | § | |
| v. | § | |
| | § | **JURY DEMANDED** |
| ALPINE STUDIOS INDY, LLC, and JACKSON'S REALTY & BUILDERS COMPANY, INC., and AP ALPINE, LLC, | § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Came on to be heard the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court having considered same is of the opinion that the same be granted and hereby ORDERS that this action be, and hereby is, dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Date: 12/28/2023

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.